UNITED STATES DISTRICT COURT  JS-6
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES -- GENERAL**

Case No.  **CV 12-579-JFW**
[2:10-bk-38646-VZ]                                             Date: **May 16, 2012**

Title:   In Re: Dora C. Valdez
         Dora C. Valdez, et al. -v- John J. Menchaca

**PRESENT:**

   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

   Shannon Reilly                                None Present
   Courtroom Deputy                              Court Reporter

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
         None                                              None

**PROCEEDINGS (IN CHAMBERS):**    DISMISSAL OF ACTION FOR LACK OF PROSECUTION

   Appellant filed a Notice Regarding Appeal from Bankruptcy Court with the Court on January 23, 2012. On May 8, 2012, the Court issued an Order to Show Cause Re: Lack of Prosecution in light of Appellant's apparent failure to prosecute the case. The Order to Show Cause specifically warned Appellant that failure to respond may result in this dismissal of this action. Appellant was to respond to the Court's Order to Show Cause no later than May 14, 2012.

   As of the date of this Order, Appellant has not responded to the Court's Order to Show Cause. Accordingly, this action is hereby **DISMISSED** without prejudice.

   IT IS SO ORDERED.